**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| CITIZENS BANK OF PENNSYLVANIA, | : No. 604 WAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| FINE CAPITAL ASSOCIATES, L.P., AND | : |
| FFC PARTNERSHIP, L.P., | : |
| | : |
| Petitioners | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.